**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------x

**In Re:** **Case No.** 26-45153

**Chapter** 11

1583 58 STREET LLC

**Debtor(s)**

-----------------------------------------------------x

# VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 11/04/2026

______________________________
Debtor

______________________________
Joint Debtor

/s/ Vivian Sobers
______________________________
Attorney for Debtor

Ark Mortgage Inc
400 Rella Blvd Suite 300
Montebello NY 10901

Friedman Vartolo LLP
Attn Hillary Prada
1325 Franklin Avenue Suite 160
Garden City NY 11530

Gulko Schwed LLP
Attn Samuel Kadosh
525 Chestnut Street Suite 209
Cedarhurst NY 11516

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

Newrez LLC
PO Box 10826
Greenville SC 29603-0826

NYC Department of Finance
Legal Affairs Div Bankruptcy Unit
375 Pearl Street 30th Floor
New York NY 10038

NYS Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

PTC 7-23 01 LLC
15 Perlman Drive Suite 111
Spring Valley NY 10977

TYH Trading Inc
c/o Gulko Schwed LLP
525 Chestnut Street Suite 209
Cedarhurst NY 11516

Wilmington Savings Fund Society FSB
As Owner Trustee OBX 2024-NQM8 Trust
500 Delaware Avenue 11th Floor
Wilmington DE 19801